FILED
DEC 08 2022
Clerk, U.S. District Court
By: Deputy Clerk

Michael A. Scriven
Name

141 W. Elm

Wichita KS 67203
Address

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Michael A. Scriven, Plantiff<br>*(Full Name)*<br><br>V.<br><br>Vital Core, Tracy, Defendant (s)<br>Jennifer, Demarco, Ryan Stopp. | CASE NO. 22-3282-JWL-JPO<br>(To be supplied by the Clerk)<br><br>AMENDED<br>CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 42 U.S.C.<br>§1983 |

A. JURISDICTION

1) Michael A. Scriven *(Plaintiff)*, is a citizen of Kansas *(State)* who presently resides at 141 W. Elm Wichita KS 67203 Sedgwick County Jail *(Mailing address or place of confinement.)*.

2) Defendant Vital Core LLC *(Name of first defendant)* is a citizen of Wichita KS *(City, State)*, and is employed as Healthcare Company at the jail *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Healthcare Company at the Sedgwick County Jail.

Defendant three: Jennifer is a citizen of wichita KS, employed as vice President of vital core at the Sedgwick County Jail. She was under color of state law as vital cores Vice President at the sedgwick County Jail.

Defendant four: Demarco is a citizen of Wichita KS, employed as Director of vital core at the Sedgwick County Jail. He was under color of state law as vital cores Director at the sedgwick County Jail.

Defendant five: Ryan is a citizen of Wichita KS, employed as Director of Nursing at the Sedgwick County Jail. She was under color of state law as Director of Nursing at the Sedgwick County Jail.

Defendant six: Stopp is a citizen of Wichita KS, employed as Dr. supervisor at the Sedgwick County Jail. He was acting under color of state law as the Dr. supervisor at the sedgwick County Jail.

Vital core: official capacity
Tracy: Individual Capacity/Official Capacity
Jennifer: Individual/Official capacity
Demarco: Individual/Official Capacity
Ryan and Stopp: Individual/Official capacity

3) Defendant Tracy is a citizen of
(Name of second defendant)

Wichita KS, and is employed as
(City, state)

APRN at the Sedgwick county Jail. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

APRN at the Sedgwick County Jail

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

monell, section 1985.

B. NATURE OF THE CASE

1) Briefly state the background of your case:

I am a pretrial detainee at the sedgwick county jail. My chronic health conditions are a prosthetic pelvis, plates in each right and left acetablum over 10 screws in that hardware, a prosthetic right hip and a rod in the right femur, hardware in the left SI joint holding together the joint which hardware is fractured and lodged in the joint, pins

B. Nature of the Case 

and plates in the right ribs, a traumatic brain injury, neuropathy / paralysis, severe tendinopathy, arthritis disease, severe joint degenerative disease, dystrophic calcification of the soft tissue and I have heterotopic ossification very badly infecting my hips and pelvis and I have huge palpable masses of bone growth in areas near the abdomen, pelvis, hips and legs and digging into tissue and muscle. All of my chronic conditions will never reverse but rather worsen. After an injury in 2019 I began a series of different medicines to treat very chronic pain. Eventually as my conditions worsened medications proved either to be ineffective or harmful or both. At one point in the past two years my care from a chronic care provider decided it would be best to start me on tramadol. As my conditions worsened it was increased and again increased. Dr. Stopp had approved of this treatment and it helped me very much. I started getting palpable mass of bone in the pelvis / abdomen and soft tissue calcification and my chronic care provider and Dr. Stopp knew my care was now going to require Orthopedic Specialists and that they could no longer provide the care I need. To fulfill that gatekeeper role I started getting sent out to those doctors under the supervision of Stopp and Ryan.

B. Nature of the case page 3

It was discovered my chronic conditioned diseases were too severe and progessed, that I am years behind the calcification and ossification and it was the most bone he had ever seen. They said it would require very many complex surgeries and I more than likely would not survive them and if I did I would no longer walk again. They decided the most best thing we can do at this point is just keep me as much out of pain as possible. They added two medications to take with tramadol and ordered a mri. They wanted me to come back for a follow up to the mri and check the calcification and bone growth. They said if the pain medication becomes ineffective as my conditions worsen to go to pain management for injections or some other stronger form of pain control. I had stopped taking the two medications they added to the tramadol because they were really hurting my stomach and when I went to my follow up the orthopedic decided it was best to double the prescribed treatment for pain and I needed to go to their surgical specialists to discuss getting some bone out where it was digging and cutting into tissue and muscle. It was recommended I go to pain management specialists if the increased dose became ineffective as my conditions worsened. That dose was effective and it helped every single chronic painful condition I have from hardware related pain to my diseases. My chronic care provider and Dr. Stopp,

B. Nature of the case page 4.

Wellpath and the director of nursing Ryan were all following the recommendation of the Orthopedics and had approved the prescribed treatment. I was receiving the treatment and I was waiting for detention to schedule my transport for the approved referral to surgical specialists. Vital core became the provider company and took away my referral and denied my very needed prescribed treatment for pain in complete defiance of the orders of all the doctors and medical professionals who had been involved in my care and treatment. In complete disregard of my chronic diseased conditions, medical records, my emotional mental health and the severe risks to my physical painful suffering and quality of life my treatment was reduced to an easier less efficacious very inadequate treatment of ibprofen or tylenol. They arent even orthopedics. Their denial of my medical care/treatment and the easier less efficacious inadequate treatment has caused me to suffer physical pain like no person would ever suggest in any circumstance is humane. Deputies and even pre-vital core medical professionals including captains have tried to intervene to medical on my behalf to no avail. Apparently this is a policy. I have been in so much distress day and

B. Nature of the Case page 5.

night for over two months. I have had for the first time in my entire life get put on anxiety medicine with mental health. I am waiting on the appointment.

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Monell Vital Care

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): Defendants Demarco and Jennifer as policy makers. Please see attached paper count I supporting Facts.

B) (1) Count II: Section 1985 Conspiracy to interfere with the civil rights of the plaintiff.

(2) Supporting Facts: All six defendants. Please see attached paper Count II Supporting Facts.

Count I supporting Facts
monell vital core
Jennifer / Demarco as policy makers

Vital Core created and used policy of intentionally interfering and denying the plaintiffs prescribed treatment and providing easier, less efficacious treatment, inadequate medical care and treatment. Vital Core has policy/practice of deliberate indifference to serious medical needs of the plaintiff and acquiescence to the inadequate medical care and treatment of the plaintiff. Vital core has a practice/custom of failing to fulfill their gatekeeper roles of allowing doctors who are capable of treating the chronic diseased conditions of the plaintiff to treat them by denying that treatment. Vital Core has a policy of failing to train to make sure its employees do not respond to obvious risks with treatment that is patently unreasonable from which any person may infer concious disregard. Vital Core custom/practice of failing to make sure there are constitutional provisions in place to protect the rights of the plaintiff making sure there is adequate provisions of medical care in place to protect the health and safety risks and prevent the unnecessary prolonging of severe physical pain of the plaintiff. Vital Core has a policy/practice of defying doctors orders for care and treatment of the plaintiff and responding to an obvious risk with treatment that is patently unreasonable. I want to incorporate the

statement and affidavits I filed with the motion for tro.
I am not making claims on behalf of other inmate patients
but rather only using examples of facts to make a showing
of widespread custom/practice of deliberate indifference.

Count II supporting Facts

Section 1985 Conspiracy to interfere with the civil rights of the plaintiff.

All six defendants.

The defendants created and implemented / caused to be used policy / customs which violated the plaintiffs civil rights and conspired with each other to use and enforce them in violation of section 1985. please see amended complaint, statements and affidavits which are incorporated in this action.

Count III Supporting Facts
Deliberate Indifference to the serious medical needs of the plaintiff. Fourteenth Amendment
Defendants Tracy, Jennifer and Demarco.

On 09-06-21 Tracy intentionally interfered with my very much needed prescribed treatment by denying me that treatment. Tracy used an easier, less efficacious and inadequate treatment of Ibprofen. I told her exactly what all of my chronic conditions are, past years of medical care and treatment, what the outside orthopedics are doing to treat me, what hardware/hardware injury and related pain and my chronic conditions are worsening and will never reverse. I told her what my pain is and how much I can and cannot function with and without my prescribed treatment. She said 'I have no doubt it helps you'. She said she will talk to Stopp and Ryan to make sure she will not lose her job for allowing me to keep my treatment which I have been receiving from my orthopedics. I told her I cannot take nsaid because of the dangerousness of it to my stomach and that it has proved to be very inconsistent and inadequate to my conditions. Later that night she said she talked to Stopp and Ryan and she could no longer provide me my prescribed treatment and she would put Tylenol on my chart. She said it was a policy and they were doing it to every patient and it was either Ibprofen or Tylenol. I told her acteminophen also really hurts me and is also very ineffect

Count III Supporting Facts page 2.

ive. I told her I trialed those medicines years ago and it would be ineffective and would leave me in severe physical pain. I asked her if she was really going to undo and reverse years of medical care and progress doctors have made in the treatment of my conditions and she said yes. and she's not even a doctor. I asked her if she was really going to take away what helps every single chronic condition I suffer from and reduce it to nearly nothing and she said yes. She said nothing was going to change her mind. she asked me 'what are you going to take for your pain'? I said 'I guess nothing. She escorted me out. On 09-27-22 I went back to tracy begging for a medicine which is safe for me to take and which will help me. I told her I am in severe pain and I am losing daily function and am in distress. She asked me if I have seen mental health services. I told her I have severe bone growth palpable masses under my skin infecting my hips and pelvis and very much soft tissue calcification. I asked her if she knows that and she said yes. I asked her if she knows its digging and cutting into tissue and muscle and she said yes I have seen your images which is a lie because their system does not allow them to view images because that is an outside radiologist group who only sends them a generated report of the images. I asked her if she knows I have severe arthritis and she said yes. I asked her if she knows I have severe joint degenerative disease and she said yes. I asked her so

Count III Supporting Facts page 3

what are you going to give me for treatment which is safe for me to take and will help me so I don't have to suffer like this and she said 'nothing' and asked the deputy to escort me out. Tracy has not only intentionally intefered with my prescribed treatment but she is not even a doctor and capable of treating me and she is refusing to fulfill her gatekeeper role by allowing the doctors who are capable of treating me and were treating me to treat me by interfering and denying me their treatment. This has nothing to do with a disagreement over what course of treatment to take. I was already receiving treatment and adequate treatment. one pill helped every single chronic condition. Tracy conciously disregarded a substantial risk to my health and safety, failed to provide adequate medical care and treatment consistent with my symptoms, has not taken measures to abate this obvious risk. she has deprived me of adequate medical care and has completely failed and conciously refused to treat every condition. she has repeatedly put Ibprofen back on my chart over the past 10 weeks ignoring my verbal complaints to her, deputies, medical professionals, med passers, the clinic liaison and refusal forms stating the nsaid is hurting me and not helping me and I am in severe physical pain and in distress and agony. It got so bad I thought my apendix had ruptered and on 10-26-22 I sent another ekite begging for a medicine which will help me. I was called to the clinic days later

Count III Supporting Facts page 4.

and saw RN mary. I pleaded with describing my pain is so severe it wakes me up at 5:00 am screaming outloud in agony every single morning and I cant get out of my bunk for hours and I miss every breakfast. She said she cant make any decision to my chronic care treatment but she would put me on to see the provider and said it would be one or two days. I asked her to please make sure the provider does not put Ibprofen back on my chart because I cant take it and it is going to leave me with nothing to take. I never even saw a provider. Days later I found out Ibprofen was put back on my chart. I was eventually able to find out Tracy is the provider who put it right back on my chart and wouldn't even take the appointment mary put in for me. Tracy has been so deliberately indifferent it shocks every deputy official who hears what she is doing to me. Deputies, a Captain, other medical professionals and med passers have tried to get me adequate medical care to no avail. It is cleary obvious Tracy and vital Core cannot or just does not want to treat my conditions. I am still receiving only an nsaid for my chronic painful diseased conditions. Tracy has repeatedly and deliberately denied me adequate medical care. Tracy claims she cannot violate protocol. So this is protocol.

Count III Supporting Facts page 5

Defendants Demarco and Jennifer met me in the clinic on 09-21-22 in response to one of my complaints against Tracys intentional interference and denial of my prescribed treatment, the easier less efficacious treatment, the inadequate medical care and treatment and her failure to reasonably respond to obvious and known risks. They asked me what are all of my conditions and Jennifer noted them. They asked me about all of my past care and treatment and severity of pain to each of the chronic conditions and Jennifer noted that information. I expressed my complaint against Tracy and Jennifer said the problem is I am not the doctor or the prescriber. She said it is a policy. Demarco said he wants to prepare my brain to more better receive the opiate pain medicine I am going to need when I am released openly acknowledging the severity of my chronic health conditions known to him at that time and the level of treatment they require. I said so leave me in pain now to prepare my brain? He said yeah, you have been

Count III Supporting Facts page D

through a lot. He picked one of my conditions of muscle spasm and treated it and ignored the rest of them. They both acquiesced to Tracys deliberate indifference. I returned to my cell. They both consciously disregarded the known and obvious risks to my health and safety and my quality of daily life. I would suffer from by leaving my chronic diseased conditions untreated and untreated adequately and by acquiescing to Tracys behavior. they both violated my Fourteenth Amendment.

C) (1) Count III: Deliberate Indifference to the serious medical needs of the plaintiff Fourteenth Amendment.

(2) Supporting Facts: Defendant Tracy and also defendants Demarco and Jennifer. Please see attached paper Count III Supporting Facts.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

Yes [x] No [ ] . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: Michael A. Scriver

Defendants: Corby, tucker, Hayes, McGonnigil, Simonis.

b) Name of court and docket number 20-cv-03110-JAR-KGG.

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) pending.

d) Issues raised excessive force, failure to protect, denial of medical care.

Count IV

Deliberate Indifference to the serious medical needs of the plaintiff - Supervisory Liability.
Defendants Ryan and stopp.

Supporting Facts: Ryan and stopp are fully aware of all my chronic conditions from past care and treatment and the supervision of care and treatment of me over the past four years and on 09-00-22 Ryan and stopp acquiesced to tracys unconstitutional behaviors and enforced/implemented unconstitutional harmful policy of intentionally interfering and denying much needed care and treatment prescribed to me by orthopedics over my care, to provide easier less efficacious treatment inadequate and harmful to me, deliberate indifference, their own deliberate indifference of ignoring my many complaints, the complaint of a captain and those of deputies on my behalf of tracys forms of inadequate treatment, deliberate indifference and denial of my prescribed treatment, ignoring my own repeated requests for another provider who will provide me adequate medical care, failing to train and supervise and take measures to prevent violating the rights of me and prevent unnecessary prolonging of severe physical pain and suffering, failing to provide adequate provisions/safeguards in place to prevent harm and deliberate indifference of me and my care. Violation of my Fourteenth Amendment.

e) Approximate date of filing lawsuit 2020

f) Approximate date of disposition pending

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I filed a complaint and grievance in the e-kite system but to no avail, captain Smith and other officials have tried to resolve the issues also to no avail.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

please see attached paper. I spilled coffee here but I signed this form at the bottom of this page

Signature of Attorney (if any)

(Attorney's full address and telephone number)

my signature

Compensatory Damages :
$400,000.00
for the severe physical and emotional pain and distress I have suffered for the past 10 weeks.

Punitive Damages :
$1. million
for the violation of my civil rights
chronic care fund.