Correctional Facility: Sedgwick
Inmate Name: Michael Scriven
Address: 141 W. Elm
City/State/Zip: Wichita KS 67203

WICHITA KS 670
TUE 06 DEC 2022 PM



Clerk
U.S. District Court
444 S.E. Quincy   Room 490
Topeka KS
66683



RECEIVED
DEC 08 2022
CLERK U.S. DIST. COURT
TOPEKA, KANSAS